MAGUIRE MERSERVEY COLLEGE OF HEALTH AND HUMAN SERVICES

School of Social Work



FILED
IN CLERKS OFFICE
2019 DEC 13 PM 1: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, MA 02210

ATT: Judge Indira Talwani

Dear Sir/Madam,

This regards a civil action No: 19-11560-IT for a Mr. Hamza Hatick whose is the plaintiff.

This is to inform you that he is no longer in the US having been deported.

He asked me to serve as his power of attorney. You will find the enclosed document naming me as such.

Should you need to be in contact with him I am his representative locally. I do not have a mailing address for him in Algeria. I do have an email.

I can be reached either at 978-542-2881 or mmelendez@salemstate.edu

Sincerely Yours

*[signature]*

Michael Paul Melendez, PHD, LICSW
Professor of Social Work
Deacon -Episcopal City Mission
    Episcopal Dioceses of Massachusetts

352 Lafayette Street | Salem, Massachusetts 01970-5353 | salemstate.edu | 978.542.6650 FAX 978.542.6936