UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HAMZA HATIK,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OFFICER KAISER, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)  Civil Action No.<br>)  19-11560-IT<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**TALWANI, D.J.**

　　On December 13, 2019, the Court received a letter [#17] stating that plaintiff Hazma Hatik has been removed from the United States and asking that a non-attorney serve as his power of attorney. The letter is accompanied by a power of attorney [#17-1] executed by Hazma Hatik authorizing Michael P. Melendez to act on his behalf.

　　Although plaintiff has signed a power of attorney, a non-attorney cannot litigate on behalf of another person. *See* 28 U.S.C. § 1654; *Herrera–Venegas v. Sanchez–Rivera*, 681 F.2d 41, 42 (1st Cir. 1982). "Although 28 U.S.C. § 1654 permits persons to proceed *pro se*, this provision does not allow unlicensed lay people to represent other *pro se* litigants." *Cohen v. Attorney Gen. of Massachusetts*, No. CA 11-11500-NMG, 2011 WL 5008088, at *7 (D. Mass. Oct. 18, 2011) (citing *Feliciano v. DuBois*, 846 F. Supp. 1033, 1039 (D. Mass. 1994); *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991)).

　　Because the Court does not have Mr. Hatik's address in Algeria, the clerk shall replace the ICE detention address on the docket with Hazma Hatik, c/o Professor Michael P. Melendez, Salem State University, School of Social Work, 352 Lafayette Street, Salem, MA  01970.

Finally, Mr. Hatik may wish to seek permission to file electronically. If so, he is directed to review the requirements that are set forth in the CM/ECF Administrative Procedures, Page 5. The registration form is accessible at https://public.mad.uscourts.gov/ecfreg.html.

**So ordered.**

      /s/ Indira Talwani
Indira Talwani
United States District Judge

Dated: December 30, 2019